```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ALMA ROPER, ET AL.,
                       Plaintiffs,        25-cv-1396 (JGK)

     - against -                          ORDER

AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES,
                       Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

On February 18, 2025, the plaintiffs filed this action. ECF No. 1. The plaintiffs, however, did not properly request the issuance of summons until April 30, 2025. ECF No. 4. The summons issued on May 1, 2025. ECF No. 5.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff must serve the defendant "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). Therefore, in this case, the time to serve the defendant expired on May 19, 2025. See id.

In view of the above, the time to serve the defendant is extended to **June 6, 2025.** If the defendant is not served by that date, this action may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**
**Dated:   New York, New York**
**         May 22, 2025**

                                   /s/ John G. Koeltl
                                     John G. Koeltl
                             United States District Judge