```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ALMA ROPER, ET AL.,

            Plaintiffs,

   - against -

AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES,

            Defendant.

25-cv-1396 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by telephone, for a pre-motion conference on **Tuesday, July 1, 2025**, at **11:30 a.m.** Dial-in: 646-453-4442, with access code 67527833#. The plaintiffs may reply to the defendant's pre-motion letter by **June 26, 2025**, although such a response is not necessary.

    The initial conference was previously canceled. ECF No. 7.

    The Clerk is directed to close ECF Nos. 10, 11, and 12.

SO ORDERED.

Dated:   New York, New York
           June 21, 2025

                                   /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge