UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALMA ROPER, ET AL.,

            Plaintiffs,

- against -

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,

            Defendant.

25-cv-1396 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the plaintiffs' amended complaint is due **July 18, 2025**. The defendant should respond to the amended complaint by **August 15, 2025**.

If the defendant chooses to make a motion to dismiss, no pre-motion conference is necessary. The plaintiffs' response to any motion to dismiss is due **September 12, 2025**. The defendant's reply is due **September 22, 2025**.

If the defendant chooses to file an answer rather than a motion to dismiss, the parties should file a Rule 26(f) report by **September 12, 2025**.

SO ORDERED.

Dated:    New York, New York
          July 1, 2025

                                            John G. Koeltl
                                       United States District Judge