# BALLON STOLL P.C.

COUNSELORS AT LAW  FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

JILLIAN TATTERSALL
mbellovin@ballonstoll.com

July 21, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Ctrm 14A
New York, NY 10007

**Re:** *Roper & Rodriquez v. AFSCME*
Case No.: 1:25-cv-01396 JGK

Dear Judge Koeltl:

We represent Plaintiffs Alma Roper and Eddie Rodriguez ("Plaintiffs") in the above-referenced matter. We write with the consent of defense counsel to respectfully request a seven (7) day extension of time *nunc pro tunc* to file Plaintiff's Amended Complaint due to exigent circumstances as both counsel for plaintiffs had personal emergencies arise last week. We are happy to provide more details at the court's request.

This is Plaintiff's first request for an extension of this deadline.

Respectfully submitted,

*s/Jillian Tattersall*
Jillian Tattersall (JT 1572)

Cc:   All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/22/25

1