```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------

ALMA ROPER, ET AL.,

                Plaintiffs,        25-cv-1396 (JGK)

    - against -              ORDER

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,

                Defendant.

-----------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit, by **November 25, 2025**, letter briefs addressing whether the Court has subject matter jurisdiction over the plaintiffs' claim pursuant to Section 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185. The parties should address whether Local 1549 is a "labor organization" within the meaning of the LMRA. See <u>Palladino v. Am. Fed'n of State, Cnty., & Mun. Emps.</u>, No. 24-cv-5755, 2025 WL 1380991, at *22 (S.D.N.Y. May 13, 2025).

SO ORDERED.

Dated:    New York, New York
          November 18, 2025

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge