**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALMA ROPER, ET AL.,

                           Plaintiffs,

       -against-                                       25 **CIVIL** 1396 (JGK)

                                           **JUDGMENT**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,

                           Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 08, 2026, the defendant's motion to dismiss the plaintiffs' complaint is granted, and the action is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        January 12, 2026

                                         **TAMMI M. HELLWIG**
                                       **Clerk of Court**

                    **BY:**                                     **Deputy Clerk**