UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALMA ROPER, ET AL.,

                        Plaintiffs,           25-cv-1396 (JGK)

        - against -              ORDER

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,

                        Defendant.
_____

JOHN G. KOELTL, District Judge:

The defendant may respond to the plaintiffs' motion for an extension of time to file a notice of appeal (ECF No. 41) by **March 23, 2026.** The plaintiffs may reply by **March 26, 2026.**

SO ORDERED.

Dated:    **New York, New York**
          **March 13, 2026**

                              _____
                                John G. Koeltl
                      United States District Judge